UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | No. 3:10-CR-152 |
| ) | (PHILLIPS/SHIRLEY) |
| TRENEDY MONROE BROOKS, ) | |
| Defendant. ) | |

**DETENTION ORDER**

This matter is before the Court on the issue of the Defendant's pretrial detention pursuant to 18 U.S.C. § 3142. The parties appeared before the undersigned for a detention hearing on December 1, 2010. Assistant United States Attorney Matthew T. Morris was present representing the Government. Attorney Kim A. Tollison was present representing the Defendant, who was also present. The Court heard testimony from the Government's two witnesses: the Defendant's probation officer, Amanda Latham and John Sipos of the Tennessee Bureau of Investigation. The Court also heard testimony from the Defendant's four witnesses: Felicity Farmer, the Defendant's mother; Edna Farmer, the Defendant's grandmother; Justine Major, the mother of the Defendant's child; and Zenja Farmer West, the Defendant's aunt. At the completion of testimony, the Court heard arguments of the parties. Thereafter, the Court announced its ruling.

In the Court's oral ruling, a complete review and analysis of the parties' positions, issues, and facts were stated. That specific and detailed oral ruling is attached hereto and made a part of this Order as if stated herein verbatim.

For the reasons stated therein, the Court finds that while the Defendant does not pose a risk of flight because of deep family ties to the community, the Defendant has failed to overcome the presumption under 18 U.S.C. § 3142(e) that no conditions or combination of conditions of release would reasonably assure the Court that the Defendant would not pose a danger to the safety of any other person or the community. In addition, the Government has met the burden of establishing by clear and convincing evidence that the release of the Defendant would pose a danger to others and the safety of the community.

It is therefore **ORDERED** that the Defendant, Trenedy Monroe Brooks, be detained. The Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The Defendant shall be afforded a reasonable opportunity for private consultations with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

ENTER:

  s/ C. Clifford Shirley, Jr.  
United States Magistrate Judge